# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Damari Douglas (6),
Shannon Jackson (8), and
Cartrelle Smith (14),

                Defendants.

# COURT MINUTES
### BEFORE: DAVID T. SCHULTZ
### U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 24-cr-293 (6, 8, 14) |
| Date: | December 5, 2025 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time: | 10:30 A.M. / 11:15 A.M. |
| Time in Court: | 45 minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: Garrett Fields, David Classen, and Jared Engelking, Assistant U.S. Attorneys
For Defendant Damari Douglas: Wyatt Arneson, CJA Appointment
For Defendant Shannon Jackson: Catherine Turner, CJA Appointment
For Defendant Cartrelle Smith: Lee Johnson,

Defendant additional brief by: **February 2, 2026**
Additional briefing by the Government by: **February 17, 2026**

☒ R&R TO BE ISSUED    ☒ ORDER TO BE ISSUED

Testimony:
ATF Special Agent Nicholas Bradt

Exhibit
Gov. Ex. D.6

s/ ALS
Law Clerk